**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


**MEDICAL LIABILITY MUTUAL
INSURANCE COMPANY  PLAINTIFF**


**VS.                              CASE NO.  4:05CV001319 JMM**


**ALAN CURTIS, L.L.C., D/B/A
CRESTPARK OF MARIANNA, INC., ET AL.   DEFENDANTS**


**ORDER**

Based upon the pending cross motions for summary judgment before the Court, the above

styled case scheduled for trial on March 12, 2007 is removed from the Court's trial docket.

IT IS SO ORDERED THIS 23rd day of February, 2007.



_____
James M. Moody
United States District Court